C.C.A. No. WR-83-080-02,
WR-83-080-01   83,080-03

Jonathan Trujillo                    § In the Court
TDCJ# 1838254

(Realator)                           § of Criminal

                                     § Appeals of

v.

Hopkins County 8th                   § Texas
District Clerk

In her official Capacity             RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

                                     §

(Respondent)

Abel Acosta, Clerk

A. Platiffs orignal application for writ of Mandamus

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jonathan Trujillo, reslator, pro-se in the above styled and numbered cause of action and files this original application for writ of mandamus, pursuant to article 11.07 Section 7 of the Texas Code of Criminal Procedure and would show the court the following:

Reslator has exhausted his remedies and has no other adequate remedy at law.

The act sought to be compelled is ministeral, not discretionary in nature. Texas CCP. Art

11.07 Section 7 requires the clerk to mail or deliver to the applicant a copy of the answer, motion, pleading, or order filed by the state or issued by the court.

The respondent has failed to perform her duty and is in violation of the stated procedure. To date relator has recieved no response from respondent regarding relators request for the copies of the answer, motion, pleading or order from the state and court.

Prayer for Relief

Wherefore, Premises Considered, relator Jonathan Trujillo, pro-se, respectfully requests a finding that the respondent did not mail the state's answer, motion, pleading or the court's order related to relators 11.07 writ of habeas corpus petition. Relator prays for an order directing respondent to comply with her duty under Tx CCP Art 11.07 section 7.

respectfully submitted,

By: Jonathan Trujillo

Relator
5-3-2015